PER CURIAM.
Affirmed. State v. Yu, 400 So.2d 762 (Fla.1981); Sands v. State, 414 So.2d 611 (Fla. 3d DCA 1982); Jones v. State, 412 So.2d 38, 39 (Fla. 3d DCA 1982); Cavalluzzi *777 v. State, 409 So.2d 1108 (Fla. 3d DCA 1982); Vetter v. State, 395 So.2d 1199 (Fla. 3d DCA 1981); Login v. State, 394 So.2d 183 (Fla. 3d DCA 1981); State v. Grant, 392 So.2d 1362 (Fla. 4th DCA 1981); United States v. Fry, 622 F.2d 1218 (5th Cir. 1980).